IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PRESTON CATCHINGS** | : | |
| | : | **CIVIL ACTION** |
| vs. | : | |
| | : | |
| MR. R. MEYERS (Super. S.C.I.R.); | : | NO. 02-3693 |
| MR. J.W. CHESNEY (Super. S.C.I.F); | : | |
| MR. BURKS (psychiatrist, S.C.I.R.); | : | |
| Mr. PASCAL (psychiatrist, S.C.I.F.); | : | |
| and, MS. DEBBIG (M.H.U. worker) | : | |

**O R D E R**

**AND NOW**, this 19th day of June, 2002, petitioner, Preston Catchings, having filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, it appearing from the Petition that petitioner complains of being transferred from SCI-Rockview to SCI-Frackville where he alleges he is being held illegally in a psychiatric ward, where the doctors are trying to "murder" him by "gradual order destruction," using "psychochemicals" in his food, and that the said doctors have allegedly spread false rumors that petitioner has hepatitis as the result of homosexual contact, and this Court concluding that venue is improperly laid in this District in that all of the acts alleged in the Complaint occurred at SCI-Rockview of SCI-Frackville, both in the Middle District of Pennsylvania, **IT IS ORDERED** that this action is **DISMISSED** for lack of venue **WITHOUT PREJUDICE** to the right of petitioner, Preston Catchings, to institute an appropriate action in the United States District Court for the Middle District of Pennsylvania where venue is properly laid.

BY THE COURT:

_____
**JAN E. DUBOIS, J.**